**LOCAL BANKRUPTCY FORM 1007-1(c)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Cathleen E Schmidt-Ruchinsky** : CHAPTER **13**
:
: CASE NO. **1:19-bk-00962**
:
:
**Debtor(s)** :

## CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Cathleen E Schmidt-Ruchinsky**, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [x] I did not receive payment advices due to factors other than those listed above. (Please explain)
  **No income other than Social Security, Pension, and Annuity**

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: **March 25, 2019**       **s/Cathleen E Schmidt-Ruchinsky**
                               Debtor

Case 1:19-bk-00962-HWV    Doc 16    Filed 03/25/19    Entered 03/25/19 17:09:59    Desc
Main Document    Page 1 of 1