```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 19-00962-HWV
Cathleen E. Schmidt-Ruchinsky                                    Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: DGeorge            Page 1 of 2           Date Rcvd: Apr 15, 2019
                              Form ID: ntcnfhrg        Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db            +Cathleen E. Schmidt-Ruchinsky,    6330 Mercury Drive,    Mechanicsburg, PA 17050-5267
5170785       +BRCLYSBANKDE,    P.O. BOX 8803,    WILMINGTON, DE 19899-8803
5170799       +Bureau of Employer Tax Operations,     PO Box 68568,    Harrisburg, PA 17106-8568
5170787       +CB/WAYFAIR,    PO BOX 182789,    COLUMBUS, OH 43218-2789
5170789       +Cumberland County Adult Probation,     4 East Liberty Ave,    Carlisle, PA 17013-3308
5170790       +Czekaj Dusharm LLC,    24 N. 2nd Street,    STE B,    Newport, Pennsylvania 17074-1501
5170794       +Mooney & Associates,    40 E Philadelphia Street,    York, Pennsylvania 17401-1122
5170801       +Office of Attorney General,    Financial Enforcement,    Section, Stra,
                Harrisburg, PA 17120-0001
5170796       +Scaringi Law,    120 Pine Grove Commons,    York, Pennsylvania 17403-5151
5170802       +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,     Washington, DC 20044-0227
5170804        United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5170786       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2019 19:51:26      CAPITAL ONE,
                PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5170788       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2019 19:48:41      CCB/ULTA,   PO BOX 182120,
                COLUMBUS, OH 43218-2120
5175986        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2019 19:50:59
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
5170791        E-mail/Text: cio.bncmail@irs.gov Apr 15 2019 19:48:32      Internal Revenue Service,
                Centralized Insolvency , Operations, P.O,    Philadelphia, Pennsylvania 19114-0326
5170792        E-mail/Text: camanagement@mtb.com Apr 15 2019 19:48:37      M & T BANK,   PO BOX 900,
                MILLSBORO, DE 19966
5170793       +E-mail/Text: unger@members1st.org Apr 15 2019 19:49:31      MEMBERS 1ST,   5000 LOUISE DR,
                MECHANICSBURG, PA 17055-4899
5170803        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2019 19:48:52      PA Department of Revenue,
                Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5178959        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2019 19:48:52
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
5170795       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 15 2019 19:49:40      RECMGMPART,
                PO Box 349,    Greensburg, Indiana 47240-0349
5170797       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2019 19:51:10      SYNCB/WOLFFR,   C/O PO BOX 965036,
                ORLANDO, FL 32896-0001
5170798       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 15 2019 19:48:20
                VERIZON,    NATIONAL RECOVERY OPERATIONSP.O. BOX 260,    P.O. BOX 26055,
                MINNEAPOLIS, MN 55426-0055
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5170800*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Cathleen E. Schmidt-Ruchinsky jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cathleen E. Schmidt−Ruchinsky,
aka Cathleen E. Schmidt,

**Debtor 1**

Chapter 13

Case No. 1:19−bk−00962−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 15, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 22, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 15, 2019 |

ntcnfhrg (03/18)