UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CATHLEEN E. SCHMIDT-RUCHINSKY | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| CATHLEEN E. SCHMIDT-RUCHINSKY | : | |
| Respondent(s) | : | CASE NO. 1-19-bk-00962 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 11th day of April, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtors have excess non-exempt equity in the following:

   a. Residential real estate

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

   AND NOW, this 1st day of May, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102

               /s/Deborah A. Behney
               Office of Charles J. DeHart, III
               Standing Chapter 13 Trustee