UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CATHLEEN E. SCHMIDT-RUCHINSKY a/k/a CATHLEEN E. SCHMIDT<br>  Debtor(s) | : : : : : : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>  Movant | : : : : | |
| vs. | : : | |
| CATHLEEN E. SCHMIDT-RUCHINSKY a/k/a CATHLEEN E. SCHMIDT<br>  Respondent(s) | : : : : : | CASE NO. 1-19-bk-00962 |

ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.