UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CATHLEEN E SCHMIDT RUCHINSKY | CASE NO: 19-00962 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/21/2019, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2019

/s/ John M. Hyams
John M. Hyams  87327PA
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CATHLEEN E SCHMIDT RUCHINSKY

CASE NO: 19-00962

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/21/2019, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-19-BK-00962-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
TUE MAY 21 14-19-00 EDT 2019

BRCLYSBANKDE
PO BOX 8803
WILMINGTON DE 19899-8803

BUREAU OF EMPLOYER TAX OPERATIONS
PO BOX 68568
HARRISBURG PA 17106-8568

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130-0281

CBWAYFAIR
PO BOX 182789
COLUMBUS OH 43218-2789

CCBULTA
PO BOX 182120
COLUMBUS OH 43218-2120

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CUMBERLAND COUNTY ADULT PROBATION
4 EAST LIBERTY AVE
CARLISLE PA 17013-3308

CZEKAJ DUSHARM LLC
24 N 2ND STREET
STE B
NEWPORT PENNSYLVANIA 17074-1501

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE
JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG PA 17102-2151

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY  OPERATIONS PO
PHILADELPHIA PENNSYLVANIA 19114-0326

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MEMBERS 1ST
5000 LOUISE DR
MECHANICSBURG PA 17055-4899

MOONEY  ASSOCIATES
40 E PHILADELPHIA STREET
YORK PENNSYLVANIA 17401-1122

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
SECTION STRA
HARRISBURG PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTNBANKRUPTCY
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

RECMGMPART
PO BOX 349
GREENSBURG INDIANA 47240-0349

SYNCBWOLFFR
CO PO BOX 965036
ORLANDO FL 32896-0001

SCARINGI LAW
120 PINE GROVE COMMONS
YORK PENNSYLVANIA 17403-5151

EXCLUDE
CATHLEEN E SCHMIDT RUCHINSKY
6330 MERCURY DRIVE
MECHANICSBURG PA 17050-5267

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

VERIZON
NATIONAL RECOVERY OPERATIONSPO BOX 260
PO BOX 26055
MINNEAPOLIS MN 55426-0055

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457


JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541