UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CATHLEEN E. SCHMIDT-RUCHINSKY | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| CATHLEEN E. SCHMIDT-RUCHINSKY | : | |
| Respondent(s) | : | CASE NO.  1-19-bk-00962 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this  21st  day of June, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 14, 2019 be withdrawn, as all issues have been resolved.

                                                                       Respectfully submitted:

                                                                        /s/Charles J. DeHart, III
                                                                        Standing Chapter 13 Trustee
                                                                        8125 Adams Drive, Suite A
                                                                        Hummelstown, PA 17036
                                                                        (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this  21st  day of June, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                                                                        /s/Deborah A. Behney
                                                                        Office of Charles J. DeHart, III
                                                                        Standing Chapter 13 Trustee2