UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: CATHLEEN E SCHMIDT RUCHINSKY | CASE NO: 19-00962 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: |

On 9/4/2019, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/4/2019

/s/ John M. Hyams
John M. Hyams  87327PA
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CATHLEEN E SCHMIDT RUCHINSKY

CASE NO: 19-00962

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter:

On 9/4/2019, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/4/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | BRCLYSBANKDE | BUREAU OF EMPLOYER TAX OPERATIONS |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-19-BK-00962-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>WED SEP 4 14-14-15 EDT 2019 | PO BOX 8803<br>WILMINGTON DE 19899-8803 | PO BOX 68568<br>HARRISBURG PA 17106-8568 |
| CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CBWAYFAIR<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | CCBULTA<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CUMBERLAND COUNTY ADULT PROBATION<br>4 EAST LIBERTY AVE<br>CARLISLE PA 17013-3308 | CZEKAJ DUSHARM LLC<br>24 N 2ND STREET<br>STE B<br>NEWPORT PENNSYLVANIA 17074-1501 |
| CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS PO<br>PHILADELPHIA PENNSYLVANIA 19114-0326 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MEMBERS 1ST<br>5000 LOUISE DR<br>MECHANICSBURG PA 17055-4899 |
| MOONEY ASSOCIATES<br>40 E PHILADELPHIA STREET<br>YORK PENNSYLVANIA 17401-1122 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>SECTION STRA<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RECMGMPART<br>PO BOX 349<br>GREENSBURG INDIANA 47240-0349 | SYNCBWOLFFR<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 | SCARINGI LAW<br>120 PINE GROVE COMMONS<br>YORK PENNSYLVANIA 17403-5151 |
| DEBTOR<br>CATHLEEN E SCHMIDT RUCHINSKY<br>6330 MERCURY DRIVE<br>MECHANICSBURG PA 17050-5267 | US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
EXCLUDE                             VERIZON                                     VERIZON
UNITED STATES TRUSTEE               NATIONAL RECOVERY OPERATIONSPO BOX 260      BY AMERICAN INFOSOURCE AS AGENT
228 WALNUT STREET SUITE 1190        PO BOX 26055                                PO BOX 4457
HARRISBURG PA 17101-1722            MINNEAPOLIS MN 55426-0055                   HOUSTON TX 77210-4457


JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541
```