IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Cathleen E. Schmidt-Ruchinsky | : | |
|     Debtor | : | |
| | : | CASE NO. 1:19-bk-00962-HWV |
| Cathleen E. Schmidt-Ruchinsky | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| M & T Bank | : | |
| Pennsylvania Department of Revenue | : | |
| Cumberland County Adult Probation | : | |
| Jack N. Zaharopoulos, Trustee | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE**

    I, John M. Hyams, Esquire, do hereby certify and affirm that on May 3, 2022, a true and correct copy of the ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS, has been sent either through electronic means, or via first class mail to the following:

| | |
|---|---|
| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
| JAMES WARMBRODT, ESQUIRE<br>Attorney for Creditor<br>M & T Bank<br>701 Market Street Suite 5000<br>Philadelphia, PA 19106 | CUMBERLAND COUNTY ADULT PROBATION<br>4 East Liberty Ave<br>Carlisle, PA 17013 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | |

                                          LAW OFFICES OF JOHN M. HYAMS

Date: May 3, 2022             By:/s John M. Hyams, Esquire
                                             John M. Hyams, Esquire
                                           2023 N. 2nd St.
                                           Harrisburg, PA 17102
                                           (717) 520-0300
                                           jmh@johnhyamslaw.com
                                           Attorney for Debtor