United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 19-00962-HWV
Cathleen E. Schmidt-Ruchinsky  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 2
Date Rcvd: Sep 15, 2022 Form ID: fnldecnd Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathleen E. Schmidt-Ruchinsky, 6330 Mercury Drive, Mechanicsburg, PA 17050-5267 |
| 5170789 | + | Cumberland County Adult Probation, 4 East Liberty Ave, Carlisle, PA 17013-3308 |
| 5170790 | + | Czekaj Dusharm LLC, 24 N. 2nd Street, STE B, Newport, Pennsylvania 17074-1501 |
| 5170794 | + | Mooney & Associates, 40 E Philadelphia Street, York, Pennsylvania 17401-1122 |
| 5170801 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5170796 | + | Scaringi Law, 120 Pine Grove Commons, York, Pennsylvania 17403-5151 |
| 5170804 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5170785 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 15 2022 18:46:00 | BRCLYSBANKDE, P.O. BOX 8803, WILMINGTON, DE 19899-8803 |
| 5170786 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2022 18:47:13 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5170787 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2022 18:46:00 | CB/WAYFAIR, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5170788 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 15 2022 18:46:00 | CCB/ULTA, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5175986 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2022 18:47:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5170799 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 15 2022 18:46:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5170791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 18:46:00 | Internal Revenue Service, Centralized Insolvency , Operations, P.O, Philadelphia, Pennsylvania 19114-0326 |
| 5170792 | | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 5200647 | | Email/Text: camanagement@mtb.com | Sep 15 2022 18:46:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 - 0840 |
| 5170793 | + | Email/Text: unger@members1st.org | Sep 15 2022 18:46:00 | MEMBERS 1ST, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 5170803 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 18:46:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5178959 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5197143 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 18:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| | | | | |
|---|---|---|---|---|
| 5197144 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 18:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5170795 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 15 2022 18:46:00 | RECMGMPART, PO Box 349, Greensburg, Indiana 47240-0349 |
| 5170797 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 18:47:05 | SYNCB/WOLFFR, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 5170802 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Sep 15 2022 18:46:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5170798 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2022 18:46:00 | VERIZON, NATIONAL RECOVERY OPERATIONSP.O. BOX 260, P.O. BOX 26055, MINNEAPOLIS, MN 55426-0055 |
| 5197111 | | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 18:47:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5170800 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 Cathleen E. Schmidt-Ruchinsky jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Cathleen E. Schmidt−Ruchinsky, aka Cathleen E. Schmidt, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−00962−HWV |

Social Security No.:
xxx−xx−8849

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Cathleen E. Schmidt−Ruchinsky** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 15, 2022

**fnldec** (01/22)